**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SIDAHMED HMEIDA,

    Plaintiff

    v.

WISEYS #1, LLC,

    Defendant

Civil Action No. 1:17-641 (CKK)

**ORDER**
(August 3, 2017)

    In light of Plaintiff's [10] Notice of Voluntary Dismissal, Without Prejudice, in which Plaintiff states that he no longer wants to prosecute his claims and instead wants to dismiss them without prejudice, it is, this 3rd day of August, 2017, hereby

    **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.  It is further

    **ORDERED** that the October 13, 2017 Status Hearing is **VACATED.**

    **SO ORDERED.**

                                            /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge